```
 1  Michael Duckor (Bar No. 47702)
    Vivian W. Shultz (Bar No. 202999)                    FILED
 2  DUCKOR SPRADLING METZGER & WYNNE
    A Law Corporation                                    2006 OCT 11 AM 11: 23
 3  401 West A Street, Suite 2400
    San Diego, California 92101                          CLERK US DISTRICT COURT
 4  (619) 231-3666; (619) 231-6629 fax                   SOUTHERN DISTRICT OF CALIFORNIA

 5  Attorneys for Defendant                              BY_____ DEPUTY
    MANUAL RODARTE dba LAKESIDE ROUNDUP
 6
 7
                        UNITED STATES DISTRICT COURT
 8
                       SOUTHERN DISTRICT OF CALIFORNIA
 9
10
11  EDWARD J. HIESHETTER, JR., an       )  CASE NO.: 06 CV 1604 H NLS
    individual; and TERRA HIESHETTER,   )
12  an individual,                      )  STIPULATION AND ORDER TO EXTEND
                                        )  TIME TO RESPOND TO CIVIL COMPLAINT
13               Plaintiffs,            )
                                        )  Dept:   13
14       v.                             )  Judge:  Hon. Marilyn Huff
                                        )
15  MANUAL RODARTE dba LAKESIDE         )  Action Filed:  August 10, 2006
    ROUNDUP; CAROL KARLOVICH; and       )  Trial Date:    None set
16  DOES 1 THROUGH 10, Inclusive,       )
                                        )
17               Defendants.            )
```

Plaintiffs, EDWARD J. HIESHETTER, JR., an individual; and TERRA HIESHETTER, an individual, by and through their counsel of record, David C. Wakefield, Esq. and Michelle L. Wakefield, Esq. of Pinnock & Wakefield, 3033 Fifth Avenue, Suite 410, San Diego, CA 92103, and Defendant MANUAL RODARTE dba LAKESIDE ROUNDUP by and through his counsel of record, Michael Duckor, Esq. and Vivian W. Shultz, Esq., of Duckor Spradling Metzger & Wynne, hereby stipulate and agree that Defendant shall have an extension of time within which to answer or otherwise respond to Plaintiffs' Complaint up to and including

///
///
///

DUCKOR
SPRADLING
METZGER
& WYNNE

359271.1                                                 Case No. 06 CV 1604 H NLS

RECEIVED TIME SEP. 27. 2:01PM

October 6, 2006. Good cause exists to stipulate to such an extension to allow Defendant to evaluate the Plaintiffs' claims and Defendant's defenses thereto.

IT IS SO STIPULATED:

DATED: 9/27/06

PINNOCK & WAKEFIELD

By: /s/ David C. Wakefield
DAVID C. WAKEFIELD
MICHELLE L. WAKEFIELD
Attorneys for Plaintiffs 2150 SIGOURNEY JOSSIAH – FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK

DATED: 9/28/06

DUCKOR SPRADLING METZGER & WYNNE
A Law Corporation

By: /s/
SCOTT L. METZGER
VIVIAN W. SHULTZ
Attorneys for Defendant
MANUAL RODARTE dba LAKESIDE ROUNDUP

**ORDER**

IT IS ORDERED THAT Defendant MANUAL RODARTE dba LAKESIDE ROUNDUP shall have until October 6, 2006, within which to answer or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

DATED: October 10, 2006

/s/ Marilyn L. Huff
MARILYN L. HUFF
JUDGE, U.S. DISTRICT COURT

DUCKOR
SPRADLING
METZGER
& WYNNE

359271.1

Case No. 06 CV 1604 H NLS

RECEIVED TIME SEP. 27.  2:01PM

Vivian Shultz, Esq. (SBN 202999)
DUCKOR SPRADLING METZGER & WYNNE
401 West A Street, Suite 2400
San Diego, CA 92101-7915
(619) 231-3666

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| EDWARD J. HIESHETTER, JR., et al.<br><br>　　　　　　　Plaintiff<br><br>　　　v.<br><br>MANUAL RODARTE dba LAKESIDE ROUNDUP, et al.<br><br>　　　　　　　Defendant | No.: 06 CV 1604 H NLS<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br><br>Michelle L. Wakefield, Esq.<br>David C. Wakefield, Esq.<br>Theodore A. Pinnock, Esq.<br>Pinnock & Wakefield, APC<br>3033 Fifth Ave., Ste. 410<br>San Diego, CA 92103<br><br>Date Served:<br><br>September 28, 2006 |
|---|---|

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CIVIL COMPLAINT

in the following manner:

1) ☐ By personally delivering copies to the person served.

2) ☐ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid), copies to the person served at the place where the copies were left.

3) ☐ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ☒ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California, on September 28, 2006.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ____September 28, 2006____, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Terrie Quinton_
　　　　　　　　　　　　　　　　　　　　　　　Terrie Quinton, CCLS

mc 484　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CSD-27
civ/crim 27 (5-82)

C:\NrPortbl\iManage\TLQ\359445_1.DOC