1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  EDWARD J. HIESHETTER, JR., An Individual; and TERRA HIESHETTER, An Individual, | CASE NO. 06-CV-1604 H (NLS) |
| 12 | ORDER DISMISSING DEFENDANT RODARTE'S CROSS-CLAIM AND TERMINATING SUIT |
| 13                                      Plaintiff, | |
| 14           vs. | |
| 15  MANUEL RODARTE d.b.a. LAKESIDE ROUNDUP; CAROL KARLOVICH; And DOES 1 THROUGH 10, Inclusive, | [Fed.R.Civ.P. Rule 41(a)(2),(c)] |
| 16 | |
| 17                                      Defendant. | |

18    The Court has previously dismissed Plaintiff's complaint against Defendants pursuant to the
19 parties' joint motion. (Doc. No. 23.) Defendant Rodarte has previously filed a motion dismissing his
20 cross-complaint against defendant Karlovich. (Doc. No. 19.) Accordingly, the Court **ORDERS** that
21 defendant Rodarte's cross-complaint is dismissed without prejudice.  Further, as on claims remain,
22 the Court **ORDERS** the Clerk of Court to terminate this suit.
23    **IT IS SO ORDERED**.
24 Dated: September 28, 1007

25
26                                                      MARILYN L. HUFF, District Judge
                                                         UNITED STATES DISTRICT COURT
27
28

- 1 -                                                                                06CV1604